**THRUSH LAW GROUP**
4011 E. Broadway Blvd., Suite 101
Tucson, Arizona 85711
Phone:  (520) 327-3442
Fax:      (520) 327-0125

Bradley E. Thrush
State Bar No. 16798
Pima County Computer No. 64991
tlgstaff@thrushlawgroup.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA GUILMETTE, an individual, | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT** |
| | **(Federal Tort Claims Act)** |
| UNITED STATES OF AMERICA, a body politic; ABC Corporations 1-10; DEF Limited Liability Companies 1-10; XYZ Partnerships 1-10; JOHN DOES 1-10; JANE DOES 1-10, | |
| | Assigned to: |
| Defendants. | |

   Plaintiff, DEBRA GUILMETTE, by and through her undersigned attorney, comes before this court and complains of the United States Government, as follows:

   1.   At the time of the subject incident, Plaintiff was a resident of Sierra Vista, Arizona. The acts and omission complained of herein occurred at or near Sierra Vista, Arizona, in the District of Arizona.

   2.   The claims herein are brought against the United States pursuant to the Federal Tort Claims Act 28 U.S.C. §2671, et. seq., and 28 U.S.C. §§ 1346(b)(1), for money damages as compensation for personal injuries that were caused by the negligent and wrongful acts and omissions of employees of the United States Government while acting within the scope of their offices and employment, under

circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Arizona.

3. Venue and jurisdiction are proper in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the District of Arizona.

4. Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

5. This suit has been timely filed, in that Plaintiff timely served her Notice of Claim on the Staff Judge Advocate at Fort Huachuca Legal Services and the U.S. Army Claims Service at Fort Meade, Maryland, in October 2020. The Office of the Staff Judge Advocate Claims Division of the Department of the Army assumed responsibility for processing the claim on behalf of the U.S. government on October 28, 2020.

6. Plaintiff brings this cause of action for her injuries, pain and suffering, and other economic and non-economic damages sustained by Plaintiffs which resulted from the acts and omissions of Defendants and their agents and employees.

7. Defendant, United States of America, owns, operates, and/or otherwise controls an equestrian facility known as the Buffalo Corral located on Ft. Huachuca, Sierra Vista, Arizona. The facility has employees hired by Defendant that hold themselves out as competent and qualified in providing horse riding lessons.

8. On or about October 28, 2018, Plaintiff went to the Buffalo Corral to take horse riding lessons. She advised the instructor that she had not ridden a horse in years. With Plaintiff on the horse, the instructor guided the horse for a walk once around the corral and then started to trot the horse, causing it to bolt. Ms. Guilmette's foot caught in the stirrup as she fell off the horse, causing her head to hit the ground.

9. At no time was Plaintiff asked to sign a waiver prior to riding.

10. Plaintiff alleges that Defendant and Defendant's employee/riding instructor were negligent and that the instructor failed to use reasonable care and caution when providing horse riding lessons to Plaintiff and that such negligence caused damages to Plaintiff.

11. That as a direct and proximate result of the negligence, carelessness, and recklessness of Defendant, Plaintiff sustained damages including, but not limited to: personal injuries of a temporary and/or permanent nature, pain and suffering, emotional distress, medical bills, and the inability to engage in normal day-to-day and/or recreational activities.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant as follows:

A. For compensatory damages in an amount to fully and fairly compensate Plaintiff for her damages;

B. For legal costs and expenses incurred herein; and

C. For such other and further relief as the Court deems just and proper in the premises.

DATED this 12th day of May, 2021.

THRUSH LAW GROUP

By: */s/ Bradley E. Thrush*
Bradley E. Thrush
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing.